CLOSED,JURY,LEAD,PATENT,PROTO

# U.S. District Court
# Eastern District of Virginia – (Richmond)
# CIVIL DOCKET FOR CASE #: 3:24–cv–00406–RCY

Audio Pod IP, LLC v. Amazon.Com, Inc. et al  PLEASE FILE IN THIS CASE ONLY! DO NOT FILE IN MEMBER CASE!
Assigned to: District Judge Roderick C. Young
Referred to: Magistrate Judge Mark R. Colombell (Settlement)
Cause: 35:271 Patent Infringement

Date Filed: 05/30/2024
Date Terminated: 06/18/2026
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Audio Pod IP, LLC**                                     represented by    **Ramachandran Iyer**
Daignault Iyer LLP
8229 Boone Blvd.
Suite450
Vienna, VA 22182
202–330–1666
Email: cbiyer@daignaultiyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benoit Quarmby**
MoloLamken LLP (NY–NA)
430 Park Avenue
6th Floor
New York, NY 10022
*** NA ***
(212) 607–8157
Fax: (212) 607–8161
Email: bquarmby@mololamken.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hoda Rifai–Bashjawish**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
973–954–0796
Email: hrifai–bashjawish@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Joseph Hatton**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
(716) 868–5162
Email: jhatton@daignaultiyer.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Sprenger**
Daignault Iyer LLP
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
703–712–1145
Email: ksprenger@daignaultiyer.com
*ATTORNEY TO BE NOTICED*

**Louay Meroueh**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
(973) 954–0796
Email: lmeroueh@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Harkins**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
(978) 424–6297
Email: mharkins@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald Marc Daignault**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
(917) 838–9795
Email: rdaignault@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shailendra Maheshwari**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
202–997–1925
Email: smaheshwari@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Reynolds**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
(312) 636–4674
Email: sreynolds@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amazon.Com, Inc.**
*TERMINATED: 03/31/2026*

represented by **Andrea Lynn Cheek**
Knobbe Martens Olson & Bear LLP
1717 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
202–640–6400
Fax: 202–640–6401
Email: andrea.cheek@knobbe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra M. Gabriel**
Kaleo Legal
4456 Corporation Lane
Suite 135
Virginia Beach
Virginia Beach, VA 23462
757–231–5213
Fax: 757–655–1958
Email: agabriel@kaleolegal.com
*ATTORNEY TO BE NOTICED*

**Christie R.W. Matthaei**
Morgan, Lewis & Bockius LLP
1301 2nd Ave.
Ste 3000
Seattle, WA 98101
206–247–6400
Email: christie.matthaei@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin Heideman**
Morgan Lewis & Bockius LLP
1301 Second Ave
Suite 3000
Seattle, WA 98101
206–274–6400
Email: colin.heideman@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ioanna Sophia Bouris**
Knobbe Martens Olson & Bear LLP (CA–NA)
1925 Century Park East
Suite 400
Los Angeles, CA 90067
*** NA ***
(310) 551–3450
Fax: (310) 601–1263
Email: yanna.bouris@knobbe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy A. Anapol**
Morgan Lewis
600 Anton Blvd.
Suite 1800
Costa Mesa, CA 92626
714–830–0600
Fax: 714–830–0700
Email: jeremy.anapol@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Re**
Knobbe Martens Olson & Bear LLP (CA–NA)
2040 Main St
14th Floor
Irvine, CA 92614
**NA**
(949) 760–0404
Fax: (949) 760–9502
Email: joe.re@knobbe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
Kaleo Legal
4456 Corporation Lane
Suite 135
Virginia Beach, VA 23462
757–679–3503
Email: wpoynter@kaleolegal.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amazon.Com LLC**                          represented by  **Andrea Lynn Cheek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra M. Gabriel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christie R.W. Matthaei**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin Heideman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ioanna Sophia Bouris**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy A. Anapol**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Re**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Audible, Inc.**                                   represented by   **Andrea Lynn Cheek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christie R.W. Matthaei**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin Heideman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy A. Anapol**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amazon Web Services Inc.**                represented by    **Andrea Lynn Cheek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra M. Gabriel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christie R.W. Matthaei**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin Heideman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ioanna Sophia Bouris**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy A. Anapol**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Re**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Audio Pod IP, LLC**                represented by    **Ramachandran Iyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benoit Quarmby**
MoloLamken LLP (NY−NA)
430 Park Avenue
6th Floor
New York, NY 10022
NA
(212) 607−8157
Fax: (212) 607−8161

Email: bquarmby@mololamken.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hoda Rifai–Bashjawish**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Joseph Hatton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Sprenger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louay Meroueh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Harkins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald Marc Daignault**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shailendra Maheshwari**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Reynolds**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Amazon.Com, Inc.**                    represented by   **Andrea Lynn Cheek**
*TERMINATED: 03/31/2026*                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Christie R.W. Matthaei**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Colin Heideman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ioanna Sophia Bouris**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy A. Anapol**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Re**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Amazon.Com LLC**                    represented by    **Andrea Lynn Cheek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christie R.W. Matthaei**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin Heideman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ioanna Sophia Bouris**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy A. Anapol**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Re**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Amazon Web Services Inc.**          represented by   **Andrea Lynn Cheek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christie R.W. Matthaei**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin Heideman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ioanna Sophia Bouris**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy A. Anapol**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Re**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
(See above for address)
*ATTORNEY TO BE NOTICED*

PLEASE FILE IN THIS CASE ONLY! DO NOT FILE IN MEMBER CASE! '">Email All Attorneys
PLEASE FILE IN THIS CASE ONLY! DO NOT FILE IN MEMBER CASE! '">Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2024 | Ï 1 | Complaint *for Patent Infringement* ( Filing fee $ 405, receipt number AVAEDC–9555779.), filed by Audio Pod IP, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(Iyer, Ramachandran) (Entered: 05/30/2024) |
| 05/30/2024 | Ï 2 | Corporate Disclosure Statement by Audio Pod IP, LLC. (Iyer, Ramachandran) (Entered: 05/30/2024) |
| 05/30/2024 | Ï 3 | NOTICE by Audio Pod IP, LLC *Report on the filing or determination of an action regarding* |

| | | |
|---|---|---|
| | | *patent or trademark* (Iyer, Ramachandran) (Entered: 05/30/2024) |
| 05/30/2024 | Ï 4 | Proposed Summons *to Amazon.com, Inc.* by Audio Pod IP, LLC. (Iyer, Ramachandran) (Entered: 05/30/2024) |
| 05/30/2024 | Ï 5 | Proposed Summons *Amazon.com, LLC* by Audio Pod IP, LLC. (Iyer, Ramachandran) (Entered: 05/30/2024) |
| 05/30/2024 | Ï 6 | Proposed Summons *Audible, Inc.* by Audio Pod IP, LLC. (Iyer, Ramachandran) (Entered: 05/30/2024) |
| 05/30/2024 | Ï 7 | Proposed Summons *Amazon Web Services, Inc.* by Audio Pod IP, LLC. (Iyer, Ramachandran) (Entered: 05/30/2024) |
| 05/30/2024 | Ï 8 | NOTICE of Appearance by Ramachandran Iyer on behalf of Audio Pod IP, LLC (Iyer, Ramachandran) (Entered: 05/30/2024) |
| 05/30/2024 | Ï 9 | NOTICE of Appearance by Kevin Sprenger on behalf of Audio Pod IP, LLC (Sprenger, Kevin) (Entered: 05/30/2024) |
| 06/03/2024 | Ï | Case transferred in from Alexandria Division, Case Number 1:24cv914. Case assigned to Judge District Judge Roderick C. Young. (jsmi, ) (Entered: 06/03/2024) |
| 06/04/2024 | Ï 10 | Summons Issued as to Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., and Audible, Inc. **NOTICE TO ATTORNEY:** Please remove the headers and print two duplex copies of the Electronically issued summons for each Defendant. Please serve one copy of the summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention. <u>Electronically file the summons return using the filing events Summons Returned Executed or Summons Returned Unexecuted.</u> Please ensure that the original summons page signed by the clerk is the first document to appear when filing the return of service. (mful, ) (Entered: 06/04/2024) |
| 06/04/2024 | Ï 11 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK. (mful, ) (Entered: 06/04/2024) |
| 06/24/2024 | Ï 12 | NOTICE of Appearance by Andrea Lynn Cheek on behalf of Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc. (Cheek, Andrea) (Entered: 06/24/2024) |
| 06/24/2024 | Ï 13 | Corporate Disclosure Statement by Audible, Inc., Amazon.Com LLC, Amazon.Com, Inc., Amazon Web Services Inc.. (Cheek, Andrea) (Entered: 06/24/2024) |
| 06/24/2024 | Ï 14 | Consent MOTION for Extension of Time to File Answer re 1 Complaint by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Attachments: # 1 Proposed Order)(Cheek, Andrea) (Entered: 06/24/2024) |
| 06/25/2024 | Ï 15 | ORDER that the Motion for Extension (ECF No. 14 ) is hereby GRANTED. Defendants shall file their responsive pleading pursuant to Rule 12 on or before August 26, 2024. SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 06/25/2024. (Kski, ) (Entered: 06/25/2024) |
| 07/15/2024 | Ï 16 | NOTICE by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc. *of Related Case* (Cheek, Andrea) (Entered: 07/15/2024) |
| 08/26/2024 | Ï 17 | MOTION to Dismiss *Under Rule 12(b)(6)* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Attachments: # 1 Proposed Order)(Cheek, Andrea) (Entered: 08/26/2024) |
| 08/26/2024 | Ï 18 | |

| | | Memorandum in Support re 17 MOTION to Dismiss *Under Rule 12(b)(6)* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Cheek, Andrea) (Entered: 08/26/2024) |
|---|---|---|
| 08/26/2024 | Ï 19 | AFFIDAVIT re 17 MOTION to Dismiss *Under Rule 12(b)(6)* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Cheek, Andrea) (Entered: 08/26/2024) |
| 08/27/2024 | Ï 20 | INITIAL SCHEDULING ORDER: Initial Pretrial Conference set for 12/5/2024 at 09:50 AM via Zoom before District Judge Roderick C. Young. See Order for further details. It is so ORDERED. Signed by District Judge Roderick C. Young on 8/27/24. (juljon) (Entered: 08/27/2024) |
| 09/09/2024 | Ï 21 | RESPONSE in Opposition re 17 MOTION to Dismiss *Under Rule 12(b)(6)* filed by Audio Pod IP, LLC. (Attachments: # 1 Affidavit Declaration of Kevin Sprenger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Iyer, Ramachandran) (Entered: 09/09/2024) |
| 09/10/2024 | Ï 22 | NOTICE by Audio Pod IP, LLC *of Supplemental Authority* (Attachments: # 1 Exhibit Exhibit A)(Sprenger, Kevin) (Entered: 09/10/2024) |
| 09/16/2024 | Ï 23 | REPLY to Response to Motion re 17 MOTION to Dismiss *Under Rule 12(b)(6)* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Cheek, Andrea) (Entered: 09/16/2024) |
| 09/24/2024 | Ï 24 | Request for Hearing by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc. re 17 MOTION to Dismiss *Under Rule 12(b)(6)* (Poynter, William) (Entered: 09/24/2024) |
| 09/25/2024 | Ï 25 | LOCAL CIVIL RULE 7(E) STANDING ORDER. Signed by District Judge Roderick C. Young on 7/16/2024. (ewat, ) (Entered: 09/25/2024) |
| 09/30/2024 | Ï 26 | Motion to appear Pro Hac Vice by Jeremy A. Anapol and Certification of Local Counsel Andrea L. Cheek Filing fee $ 75, receipt number AVAEDC–9768624. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Cheek, Andrea) (Entered: 09/30/2024) |
| 09/30/2024 | Ï 27 | Motion to appear Pro Hac Vice by Christie Matthaei and Certification of Local Counsel Andrea L. Cheek Filing fee $ 75, receipt number AVAEDC–9768626. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Cheek, Andrea) (Entered: 09/30/2024) |
| 09/30/2024 | Ï 28 | Motion to appear Pro Hac Vice by Colin B. Heideman and Certification of Local Counsel Andrea L. Cheek Filing fee $ 75, receipt number BVAEDC–9768628. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Cheek, Andrea) (Entered: 09/30/2024) |
| 10/02/2024 | Ï 29 | Motion to appear Pro Hac Vice by Steve Reynolds and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9773429. by Audio Pod IP, LLC. (Sprenger, Kevin) (Entered: 10/02/2024) |
| 10/03/2024 | Ï 30 | ORDER granting 26 Motion for Pro hac vice Jeremy Angus Anapol for Defendants. Signed by District Judge Roderick C. Young on 10/03/2024. (Kski, ) (Entered: 10/03/2024) |
| 10/03/2024 | Ï 31 | ORDER granting 27 Motion for Pro hac vice Christie Matthaei for Defendants. Signed by District Judge Roderick C. Young on 10/03/2024. (Kski, ) (Entered: 10/03/2024) |
| 10/03/2024 | Ï 32 | ORDER granting 28 Motion for Pro hac vice Colin Heideman for Defendants. Signed by District Judge Roderick C. Young on 10/03/2024. (Kski, ) (Entered: 10/03/2024) |
| 10/03/2024 | Ï 33 | ORDER granting 29 Motion for Pro hac vice Steven Reynolds for Audio Pod IP, LLC. Signed by District Judge Roderick C. Young on 10/03/2024. (Kski, ) (Entered: 10/03/2024) |

| 10/15/2024 | Ï 34 | NOTICE of Appearance by William Rueger Poynter on behalf of Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc. (Poynter, William) (Entered: 10/15/2024) |
|---|---|---|
| 11/07/2024 | Ï 35 | Motion to appear Pro Hac Vice by James Hatton and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9837577. by Audio Pod IP, LLC. (Sprenger, Kevin) (Entered: 11/07/2024) |
| 11/07/2024 | Ï 36 | Motion to appear Pro Hac Vice by Matthew Harkins and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9837592. by Audio Pod IP, LLC. (Sprenger, Kevin) (Entered: 11/07/2024) |
| 11/08/2024 | Ï 37 | ORDER granting 35 Motion for Pro hac vice James Joseph Hatton for Audio Pod IP, LLC. Signed by District Judge Roderick C. Young on 11/8/2024. (Kski, ) (Entered: 11/08/2024) |
| 11/08/2024 | Ï 38 | ORDER granting 36 Motion for Pro hac vice Matthew Harkins for Audio Pod IP, LLC. Signed by District Judge Roderick C. Young on 11/08/2024. (Kski, ) (Entered: 11/08/2024) |
| 11/22/2024 | Ï 39 | MOTION to Stay *Discovery Pending Resolution of Defendants' Motion to Dismiss* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 11/22/2024) |
| 11/22/2024 | Ï 40 | Memorandum in Support re 39 MOTION to Stay *Discovery Pending Resolution of Defendants' Motion to Dismiss* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Poynter, William) (Entered: 11/22/2024) |
| 11/26/2024 | Ï 41 | AMENDED INITIAL SCHEDULING ORDER: Initial Pretrial Conference RESET for 1/15/2025 at 10:10 AM via Zoom before District Judge Roderick C. Young. See Order for further details. It is so ORDERED. Signed by District Judge Roderick C. Young on 11/26/24. (juljon) (Entered: 11/26/2024) |
| 11/27/2024 | Ï 42 | Motion to appear Pro Hac Vice by Benoit Quarmby and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9872522. by Audio Pod IP, LLC. (Sprenger, Kevin) (Entered: 11/27/2024) |
| 12/03/2024 | Ï 43 | Motion to appear Pro Hac Vice by Hoda Rifai–Bashjawish and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9877926. by Audio Pod IP, LLC. (Sprenger, Kevin) (Entered: 12/03/2024) |
| 12/05/2024 | Ï 44 | ORDER granting 42 Motion for Pro hac vice Benoit Quarmby for Audio Pod IP, LLC. Signed by District Judge Roderick C. Young on 12/5/2024. (Kski, ) (Entered: 12/05/2024) |
| 12/05/2024 | Ï 45 | ORDER granting 43 Motion for Pro hac vice Hoda Rifai–Bashjawish for Audio Pod IP, LLC. Signed by District Judge Roderick C. Young on 12/5/2024. (Kski, ) (Entered: 12/05/2024) |
| 12/06/2024 | Ï 46 | RESPONSE in Opposition re 39 MOTION to Stay *Discovery Pending Resolution of Defendants' Motion to Dismiss* filed by Audio Pod IP, LLC. (Iyer, Ramachandran) (Entered: 12/06/2024) |
| 12/12/2024 | Ï 47 | ORDER that for lack of good cause shown, the Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss (ECF No. 39 ) is DENIED. SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 12/12/2024. (Kski, ) (Entered: 12/12/2024) |
| 12/16/2024 | Ï 48 | Motion to appear Pro Hac Vice by Ronald Daignault and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9903781. by Audio Pod IP, LLC. (Sprenger, Kevin) (Entered: 12/16/2024) |
| 12/23/2024 | Ï 49 | ORDER granting 48 Motion for Pro hac vice, Ronald Marc Daignault Appointed for Audio Pod IP, LLC. Signed by District Judge Roderick C. Young on 12/23/2024. (ewat, ) (Entered: 12/23/2024) |

| 01/13/2025 | Ï 50 | Corporate Disclosure Statement by Audio Pod IP, LLC. (Iyer, Ramachandran) (Entered: 01/13/2025) |
|---|---|---|
| 01/15/2025 | Ï | Minute Entry for proceedings held before District Judge Roderick C. Young: Initial Pretrial Conference held on 1/15/2025. Kevin Sprenger, Steven Reynolds, James Hatton, Matthew Harkins, Benoit Quarmby, Hoda Rifai–Bashjawish, Shalu Maheshwari (to appear pro hac), Louay Meroueh (to appear pro hac) and Erin Hadi appeared on behalf of plaintiff. William Poynter, Colin Heideman and Jeremy Anapol appeared on behalf of defendants. Court inquired of counsel regarding their positions on consolidation of 3:24cv406 & 3:24cv407. Counsel heard. Over objection of plaintiff, Court advised it would consolidate cases. Court heard from counsel on potential protective order dispute and directed counsel as stated on the record. Court directed counsel to file a joint proposed scheduling order by 1/28/25. Court to issue Order. (Court Reporter Tracy Stroh, OCR.) (juljon) (Entered: 01/15/2025) |
| 01/15/2025 | Ï 51 | ORDER– Here, as the accused infringers, Defendants' consent to consolidation is sufficient to satisfy the demands of §299. Thus, for the sake of judicial economy, the Court DIRECTS the Clerk to CONSOLIDATE Audio Pod IP, LLC v. Amazon.Com, Inc., et al., Civil Action No. 3:24CV406, with Audio Pod IP, LLC v. Amazon.Com, Inc., et al., Civil Action No. 3:24CV407. The Court hereby ESTABLISHES Audio Pod IP, LLC v. Amazon.Com, Inc., et al., Civil Action No. 3:24CV406 as the lead case. All pleadings filed in the lead case, or in any related action later consolidated, SHALL include the identification "Lead Civil Action No. 3:24CV406." Every pleading filed in connection with this action shall only include the lead case caption, Civil Action No. 3:24CV406. SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 1/15/2025. (adun, ) (Entered: 01/15/2025) |
| 01/15/2025 | Ï 52 | ORDER– This matter is before the Court on its own initiative. The Court hereby DIRECTS the parties to jointly file a proposed Scheduling Order in this matter on or before January 28, 2025. Signed by District Judge Roderick C. Young on 1/15/2025. (adun, ) (Entered: 01/15/2025) |
| 01/16/2025 | Ï 53 | Motion to appear Pro Hac Vice by Shailendra Maheshwari and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9951608. by Audio Pod IP, LLC. (Sprenger, Kevin) (Entered: 01/16/2025) |
| 01/28/2025 | Ï 54 | *Joint Proposed* Discovery Plan by Audio Pod IP, LLC.(Iyer, Ramachandran) (Entered: 01/28/2025) |
| 01/30/2025 | Ï 55 | ORDER granting 53 Motion for Pro hac vice Shailendra Maheshwari for Audio Pod IP, LLC. Signed by District Judge Roderick C. Young on 01/30/2025. (Kski, ) (Entered: 01/30/2025) |
| 01/30/2025 | Ï 56 | ORDER – The Court hereby ADOPTS the schedule outlined below. This Order shall control if any conflict is perceived between it and either the Federal or Local Rules. Only the Court, by order, may approve extensions of time. Accordingly, the Court ORDERS as follows: Defendants shall file their Answer(s) on or before March 7, 2024. The parties are required to schedule a settlement conference before the U.S. Magistrate Judge assigned to this case. The parties shall appear for a Markman hearing before the undersigned on October 8, 2025, at 10:00 a.m. SEE ORDER FOR DETAILS AND DEADLINES. Signed by District Judge Roderick C. Young on 1/30/2025. (jpow, ) (Entered: 01/30/2025) |
| 01/30/2025 | Ï | Set/Reset Hearings: Markman Hearing set for 10/8/2025 at 10:00 AM in Richmond Courtroom 6000 before District Judge Roderick C. Young. (jpow, ) (Entered: 01/30/2025) |
| 01/30/2025 | Ï 57 | ORDER that the settlement conference required by paragraph 2 of the Courts Scheduling Order issued in this action is hereby REFERRED to United States Magistrate Judge Mark R. Colombell. The parties shall contact the chambers of Judge Colombell on or before **March 10, 2025**, to schedule a settlement conference and shall further in all respects comply withthe requirements set forth in paragraph 2 of the Courts Scheduling Order. The Clerk is DIRECTED to send a copy of this Order to all counsel of record. It is so ORDERED. Signed by District Judge Roderick C. |

| | | Young on 01/30/2025. (Kski, ) (Entered: 01/30/2025) |
|---|---|---|
| 01/30/2025 | Ï 58 | Case Referred to Magistrate Judge Mark R. Colombell. (Kski, ) (Entered: 01/30/2025) |
| 02/05/2025 | Ï 59 | Joint MOTION for Entry of Stipulated Order Regarding Electronically Stored Information by Audio Pod IP, LLC. (Attachments: # 1 Exhibit A)(Iyer, Ramachandran) (Entered: 02/05/2025) |
| 02/05/2025 | Ï 60 | Joint MOTION for Protective Order by Audio Pod IP, LLC. (Attachments: # 1 Exhibit A)(Iyer, Ramachandran) (Entered: 02/05/2025) |
| 02/10/2025 | Ï 61 | ORDER – Because the parties agree and otherwise for good cause shown, the Motion (ECF No. 59 ) is GRANTED. Subject to some superficial edits, apparent on the attached, the parties' stipulated order is hereby ENTERED as Attachment A to this Order. Signed by District Judge Roderick C. Young on 2/10/25. (Attachments: # 1 Attachment A) (mful, ) (Entered: 02/10/2025) |
| 02/10/2025 | Ï 62 | ORDER – Because the parties agree and otherwise for good cause shown, the Motion (ECF No. 60 ) is GRANTED. Subject to some superficial edits, apparent on the attached, the parties' stipulated order is hereby ENTERED as Attachment A to this Order. Signed by District Judge Roderick C. Young on 2/10/25. (Attachments: # 1 Attachment A) (mful, ) (Entered: 02/10/2025) |
| 02/12/2025 | Ï 63 | ORDER REGARDING PROCEDURES FOR SETTLEMENT CONFERENCE – The Court has scheduled this case for a settlement conference on May 13, 2025 at 9:30 A.M. At that time, the parties shall report to the chambers of Magistrate Judge Mark R. Colombell. The following shall govern the progress of the settlement conference and supersedes any previous settlement conference scheduling order(s). SEE ORDER FOR DETAILS. Signed by Magistrate Judge Mark R. Colombell on 02/11/2025. (Kski, ) (Entered: 02/12/2025) |
| 02/12/2025 | Ï | Set Hearing: Settlement Conference set for 5/13/2025 at 09:30 AM in Richmond Judges Chamber before Magistrate Judge Mark R. Colombell. (jsau, ) (Entered: 02/12/2025) |
| 02/18/2025 | Ï 64 | MOTION for Leave to File *Supplemental Brief* by Audio Pod IP, LLC. (Attachments: # 1 Proposed Order)(Iyer, Ramachandran) (Entered: 02/18/2025) |
| 02/18/2025 | Ï 65 | Memorandum in Support re 64 MOTION for Leave to File *Supplemental Brief* filed by Audio Pod IP, LLC. (Attachments: # 1 Exhibit 1)(Iyer, Ramachandran) (Entered: 02/18/2025) |
| 02/18/2025 | Ï 66 | MOTION to Seal *portions of the Exhibit to Motion for Leave to File Supplemental Brief* by Audio Pod IP, LLC. (Attachments: # 1 Proposed Order)(Iyer, Ramachandran) (Entered: 02/18/2025) |
| 02/18/2025 | Ï 67 | Notice of Filing Sealing Motion LCvR5(C) by Audio Pod IP, LLC re 66 MOTION to Seal *portions of the Exhibit to Motion for Leave to File Supplemental Brief* (Iyer, Ramachandran) (Entered: 02/18/2025) |
| 02/18/2025 | Ï 68 | Sealed Exhibit 2 re 66 MOTION to Seal *portions of the Exhibit to Motion for Leave to File Supplemental Brief*. (Iyer, Ramachandran) (Entered: 02/18/2025) |
| 02/18/2025 | Ï 69 | Memorandum in Support re 66 MOTION to Seal *portions of the Exhibit to Motion for Leave to File Supplemental Brief* filed by Audio Pod IP, LLC. (Iyer, Ramachandran) (Entered: 02/18/2025) |
| 02/21/2025 | Ï 70 | ORDER that the Motion for Leave to File Supplemental Brief (ECF No. 64 ) is accordingly DENIED, and the accompanying Motion to Seal Portions of the Exhibit to Motion for Leave to File Supplemental Brief (ECF No. 66 ) is DENIED AS MOOT. SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 02/21/2025. (Kski, ) (Entered: 02/21/2025) |
| 02/21/2025 | Ï 71 | MOTION to Supplement Protective Order by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 02/21/2025) |

| 02/21/2025 | Ï 72 | Memorandum in Support re 71 MOTION to Supplement Protective Order filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc., Audible, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Declaration of Jean Lan Lin)(Poynter, William) (Entered: 02/21/2025) |
|---|---|---|
| 03/03/2025 | Ï 73 | MEMORANDUM OPINION. Signed by District Judge Roderick C. Young on 3/3/2025. (ewat, ) (Entered: 03/03/2025) |
| 03/03/2025 | Ï 74 | ORDER – Defendants' Motion to Dismiss (Civil Case No. 3:24CV406, ECF No. 17 ) is GRANTED IN PART AND DENIED IN PART. The Motion to Dismiss is DENIED as to Defendants Amazon.com, Inc., Amazon.com LLC., and Amazon Web Services, Inc. The Motion to Dismiss is GRANTED as to Audible, Inc. Audible, Inc. is hereby SEVERED and DISMISSED WITHOUT PREJUDICE. Defendants' Motion to Dismiss (Civil Case No. 3:24CV407, ECF No. 16 ), however, is DENIED. The Clerk is DIRECTED to send a copy of this Order to all counsel of record. It is so ORDERED. Signed by District Judge Roderick C. Young on 3/3/2025. (ewat, ) (Entered: 03/03/2025) |
| 03/07/2025 | Ï 75 | ANSWER to Complaint *in Lead Civil Action No. 3:24cv406* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc..(Poynter, William) (Entered: 03/07/2025) |
| 03/07/2025 | Ï 76 | ANSWER to Complaint *in Civil Action No. 3:24cv407* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc..(Poynter, William) (Entered: 03/07/2025) |
| 03/07/2025 | Ï 77 | RESPONSE in Opposition re 71 MOTION to Supplement Protective Order filed by Audio Pod IP, LLC. (Attachments: # 1 Affidavit of Steven Reynolds, # 2 Affidavit of Kevin Sprenger, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15)(Iyer, Ramachandran) (Entered: 03/07/2025) |
| 03/13/2025 | Ï 78 | Reply to Motion re 71 MOTION to Supplement Protective Order filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order (Amended), # 2 Exhibit 10, # 3 Exhibit 11, # 4 Exhibit 12, # 5 Exhibit 13)(Poynter, William) (Entered: 03/13/2025) |
| 03/17/2025 | Ï 79 | MOTION to Compel *Defendants to Produce Certain Documents and Discovery Responses* by Audio Pod IP, LLC. (Attachments: # 1 Proposed Order)(Iyer, Ramachandran) (Entered: 03/17/2025) |
| 03/17/2025 | Ï 80 | Memorandum in Support re 79 MOTION to Compel *Defendants to Produce Certain Documents and Discovery Responses* filed by Audio Pod IP, LLC. (Attachments: # 1 Affidavit of Kevin Sprenger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24)(Iyer, Ramachandran) (Entered: 03/17/2025) |
| 03/21/2025 | Ï 81 | Motion to appear Pro Hac Vice by Louay Meroueh and Certification of Local Counsel Kevin Henri Sprenger Filing fee $ 75, receipt number AVAEDC–10077007. by Audio Pod IP, LLC. (Sprenger, Kevin) (Entered: 03/21/2025) |
| 03/25/2025 | Ï 82 | ORDER granting 81 Motion for Pro hac vice Louay Meroueh for Audio Pod IP, LLC. Signed by District Judge Roderick C. Young on 3/25/2025. (Kski, ) (Entered: 03/25/2025) |
| 03/28/2025 | Ï 83 | AMENDED ANSWER to 1 Complaint *in Case No. 3:24−cv−407* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 03/28/2025) |
| 03/31/2025 | Ï 84 | |

| | | |
|---|---|---|
| | | Opposition to 79 MOTION to Compel *Defendants to Produce Certain Documents and Discovery Responses* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Declaration of Jeremy Anapol, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y)(Poynter, William) (Entered: 03/31/2025) |
| 04/04/2025 | Ï 85 | Motion to appear Pro Hac Vice by Joseph Robert Re and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC–10104228. *in Case Nos. 3:24–cv–00406, –00407* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 04/04/2025) |
| 04/07/2025 | Ï 86 | RESPONSE in Support re 79 MOTION to Compel *Defendants to Produce Certain Documents and Discovery Responses* filed by Audio Pod IP, LLC. (Attachments: # 1 Affidavit of Steven Reynolds, # 2 Affidavit of Kevin Sprenger, # 3 Exhibit 25, # 4 Exhibit 26, # 5 Exhibit 27, # 6 Exhibit 28)(Iyer, Ramachandran) (Entered: 04/07/2025) |
| 04/11/2025 | Ï 87 | ORDER granting 85 Motion for Pro hac vice Joseph R. Re for Amazon Web Services Inc., Amazon.Com LLC, and Amazon.Com, Inc.. Signed by District Judge Roderick C. Young on 04/11/2025. (Kski, ) (Entered: 04/11/2025) |
| 04/21/2025 | Ï 88 | ORDER RESCHEDULING SETTLEMENT CONFERENCE – The Court has RESCHEDULED the settlement conference in this case for July 18, 2025 at 9:30 A.M. At that time, the parties shall report to the chambers of Magistrate Judge Mark R. Colombell. The requirements set forth in the Court's previous Order Regarding Procedures for Settlement Conference (ECF No. 63 ) shall remain in effect. Signed by Magistrate Judge Mark R. Colombell on 04/21/2025. (Kski, ) (Entered: 04/21/2025) |
| 04/30/2025 | Ï 89 | NOTICE by Audio Pod IP, LLC *of Joint Claim Construction Chart* (Attachments: # 1 Exhibit 1)(Iyer, Ramachandran) (Entered: 04/30/2025) |
| 05/19/2025 | Ï 90 | Joint MOTION to modify scheduling order by Audio Pod IP, LLC. (Attachments: # 1 Proposed Order)(Iyer, Ramachandran) (Entered: 05/19/2025) |
| 05/21/2025 | Ï 91 | MEMORANDUM ORDER – Defendant's Motion (ECF No. 71 ) is accordingly DENIED in full. SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 05/21/2025. (Kski, ) (Entered: 05/21/2025) |
| 05/22/2025 | Ï 92 | ORDER that the Court GRANTS the Motion (ECF No. 90 ), *nunc pro tunc*. The parties' proposed modified schedule is hereby ADOPTED, as follows: Plaintiff SHALL serve its rebuttal expert claim construction declaration on or before June 18, 2025; Defendants SHALL serve their reply expert claim construction declaration on or before July 3, 2025; The parties SHALL conclude expert claim construction depositions on or before July 11, 2025; The parties SHALL file opening claim construction briefs on or before July 31, 2025; and The parties shall file responsive claim construction briefs on or before August 28, 2025. In addition to the foregoing, the Court finds that the new briefing schedule necessitates a continuance of the Markman hearing, currently set for October 8, 2025. Thus, the Court hereby RESETS the Markman hearing for November 12, 2025, at 10:00 a.m. It is so ORDERED. Signed by District Judge Roderick C. Young on 5/22/2025. (jenjones, ) (Entered: 05/22/2025) |
| 07/03/2025 | Ï 93 | NOTICE by Audio Pod IP, LLC *of Filing of First Amended Complaint with Defendants' Consent* (Attachments: # 1 Exhibit A)(Iyer, Ramachandran) (Entered: 07/03/2025) |
| 07/03/2025 | Ï 94 | AMENDED COMPLAINT against Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com LLC, Amazon.Com, Inc., Amazon.Com, Inc., filed by Audio Pod IP, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Iyer, Ramachandran) (Entered: 07/03/2025) |

| 07/11/2025 | Ï 96 | Consent MOTION for Extension *of Time to Expert Deadline* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 07/11/2025) |
|---|---|---|
| 07/15/2025 | Ï 97 | ORDER that the Motion (ECF No. 96 ) is GRANTED. The expert claim construction deposition deadline is hereby EXTENDED to July 22, 2025. Signed by District Judge Roderick C. Young on 07/15/2025. (Kski, ) (Entered: 07/15/2025) |
| 07/16/2025 | Ï 98 | MOTION to Dismiss for Failure to State a Claim by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 07/16/2025) |
| 07/16/2025 | Ï 99 | Memorandum in Support re 98 MOTION to Dismiss for Failure to State a Claim filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 07/16/2025) |
| 07/17/2025 | Ï 100 | ANSWER to Complaint *and Affirmative Defenses in Lead Civil Action 3:24cv406* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc..(Poynter, William) (Entered: 07/17/2025) |
| 07/17/2025 | Ï 101 | ANSWER to Complaint *and Affirmative Defenses in Civil Action No. 3:24cv407* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc..(Poynter, William) (Entered: 07/17/2025) |
| 07/18/2025 | Ï | Minute Entry for proceedings held before Magistrate Judge Mark R. Colombell: Settlement Conference held on 7/18/2025. (jsau, ) (Entered: 09/24/2025) |
| 07/28/2025 | Ï 102 | **DISREGARD SEE 103 ** MOTION to Transfer Case *or, In the Alternative, to Stay* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) Modified docket text on 8/1/2025 (Kski, ). (Entered: 07/28/2025) |
| 07/28/2025 | Ï 103 | **WITHDRAWN PER ORDER 126 ** MOTION to Transfer Case *or, In the Alternative, to Stay (Corrected)* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) Modified docket text on 8/7/2025 (Kski, ). (Entered: 07/28/2025) |
| 07/28/2025 | Ï 104 | Memorandum in Support re 103 MOTION to Transfer Case *or, In the Alternative, to Stay (Corrected)* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35)(Poynter, William) (Entered: 07/28/2025) |
| 07/28/2025 | Ï 105 | MOTION to Seal *an Unredacted Version of Defendants' Memorandum in Support of their Motion to Transfer, Exhibits 15–17, 34 thereto, and an Unredacted Version of Exhibit 35 thereto* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 07/28/2025) |
| 07/28/2025 | Ï 106 | Memorandum in Support re 105 MOTION to Seal *an Unredacted Version of Defendants' Memorandum in Support of their Motion to Transfer, Exhibits 15–17, 34 thereto, and an Unredacted Version of Exhibit 35 thereto* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 07/28/2025) |
| 07/28/2025 | Ï 107 | Notice of Filing Sealing Motion LCvR5(C) by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. re 105 MOTION to Seal *an Unredacted Version of Defendants' Memorandum* |

| | | |
|---|---|---|
| | | *in Support of their Motion to Transfer, Exhibits 15–17, 34 thereto, and an Unredacted Version of Exhibit 35 thereto* (Poynter, William) (Entered: 07/28/2025) |
| 07/28/2025 | Ï 108 | Sealed Document re 105 MOTION to Seal *an Unredacted Version of Defendants' Memorandum in Support of their Motion to Transfer, Exhibits 15–17, 34 thereto, and an Unredacted Version of Exhibit 35 thereto*. (Attachments: # 1 Exhibit 15, # 2 Exhibit 16, # 3 Exhibit 17, # 4 Exhibit 34, # 5 Exhibit 35 (Unredacted))(Poynter, William) (Entered: 07/28/2025) |
| 07/30/2025 | Ï 109 | RESPONSE in Opposition re 98 MOTION to Dismiss for Failure to State a Claim filed by Audio Pod IP, LLC. (Attachments: # 1 Affidavit of Kevin Sprenger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Iyer, Ramachandran) (Entered: 07/30/2025) |
| 07/31/2025 | Ï 110 | Claim Construction Brief filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Poynter, William) (Entered: 07/31/2025) |
| 07/31/2025 | Ï 111 | Claim Construction Brief filed by Audio Pod IP, LLC. (Attachments: # 1 Affidavit of Kevin Sprenger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Iyer, Ramachandran) (Entered: 07/31/2025) |
| 08/01/2025 | Ï 112 | ORDER– For lack of objection and otherwise for good cause shown, the Motion (ECF No. 105 ) is GRANTED. The Clerk is DIRECTED to MAINTAIN UNDER SEAL the unredacted documents currently docketed as ECF No. 108 . Signed by District Judge Roderick C. Young on 8/1/2025. (adun, ) (Entered: 08/01/2025) |
| 08/04/2025 | Ï 113 | Withdrawal of Motion by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. re 103 MOTION to Transfer Case *or, In the Alternative, to Stay (Corrected)* (Poynter, William) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 114 | MOTION to Transfer Case *or, In the Alternative, to Stay* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 115 | Memorandum in Support re 114 MOTION to Transfer Case *or, In the Alternative, to Stay* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35)(Poynter, William) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 116 | Declaration re 115 Memorandum in Support,,, *of Bruce Li* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 117 | Declaration re 115 Memorandum in Support,,, *of Florentin Stafie* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 118 | Declaration re 115 Memorandum in Support,,, *of Guy Story* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 119 | Declaration re 115 Memorandum in Support,,, *of Jeff Mroczkowski* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 120 | Declaration re 115 Memorandum in Support,,, *of Raishawn Sumlin* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/04/2025) |

| 08/04/2025 | Ï 121 | MOTION to Seal *an Unredacted Version of Defendants' Memorandum in Support of their Motion to Transfer, Exhibits 15–17, 34 thereto, and an Unredacted Version of Exhibit 35 thereto* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 08/04/2025) |
|---|---|---|
| 08/04/2025 | Ï 122 | Memorandum in Support re 121 MOTION to Seal *an Unredacted Version of Defendants' Memorandum in Support of their Motion to Transfer, Exhibits 15–17, 34 thereto, and an Unredacted Version of Exhibit 35 thereto* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 123 | Notice of Filing Sealing Motion LCvR5(C) by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. re 121 MOTION to Seal *an Unredacted Version of Defendants' Memorandum in Support of their Motion to Transfer, Exhibits 15–17, 34 thereto, and an Unredacted Version of Exhibit 35 thereto* (Poynter, William) (Entered: 08/04/2025) |
| 08/05/2025 | Ï 124 | Reply to Motion re 98 MOTION to Dismiss for Failure to State a Claim filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Exhibit 1–2)(Poynter, William) (Entered: 08/05/2025) |
| 08/06/2025 | Ï | Set/Reset Hearings: Markman Hearing RESET for 11/12/2025 at 10:00 AM in Richmond Courtroom 6100 before District Judge Roderick C. Young. (Please note that this is a change in location only.) (juljon) (Entered: 08/06/2025) |
| 08/07/2025 | Ï 125 | MOTION for Extension of Time to File Response/Reply as to 114 MOTION to Transfer Case *or, In the Alternative, to Stay* by Audio Pod IP, LLC. (Attachments: # 1 Proposed Order)(Iyer, Ramachandran) (Entered: 08/07/2025) |
| 08/07/2025 | Ï 126 | ORDER that Pursuant to Defendants' Notice (ECF No. 113 ), Defendants' Original Motion to Transfer (ECF No. 103 ) is hereby WITHDRAWN; and for lack of objection and otherwise for good cause shown, the Motion to Seal (ECF No. 121 ) is GRANTED. The Clerk is DIRECTED to SEAL the forthcoming unredacted documents. SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 08/07/2025. (Kski, ) (Entered: 08/07/2025) |
| 08/08/2025 | Ï 127 | ORDER – The Court hereby ORDERS expedited briefing on the instant Motion: Defendants SHALL file their Response to Plaintiff's Motion for Extension on or before August 12, 2025; Plaintiff SHALL file any Reply thereto on or before August 14, 2025. SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 08/08/2025. (Kski, ) (Entered: 08/08/2025) |
| 08/11/2025 | Ï 128 | Opposition to 125 MOTION for Extension of Time to File Response/Reply as to 114 MOTION to Transfer Case *or, In the Alternative, to Stay* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Poynter, William) (Entered: 08/11/2025) |
| 08/12/2025 | Ï 129 | REPLY to Response to Motion re 125 MOTION for Extension of Time to File Response/Reply as to 114 MOTION to Transfer Case *or, In the Alternative, to Stay* filed by Audio Pod IP, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Iyer, Ramachandran) (Entered: 08/12/2025) |
| 08/13/2025 | Ï 130 | ORDER – The Court ORDERS as follows: (1) Plaintiff's Motion for Extension (ECF No. 125 ) is GRANTED, but only to the extent it requests additional time to file its response to Defendants' Motion to Transfer. Plaintiff SHALL file its Response to Defendants' Motion to Transfer, ECF No. 114 , on or before September 5, 2025. (2) Defendants SHALL file their Reply to Plaintiff's Response on or before September 11, 2025. (3) Plaintiff's Motion for Extension (ECF No. 125 ) is DENIED to the extent it requests that the Responsive Markman Brief deadline and the Markman Hearing date remain intact. The parties' Responsive Markman Brief deadline and the Markman Hearing are hereby STAYED, pending resolution of the venue issue, or until further order of the Court. SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 08/13/2025. |

| | | |
|---|---|---|
| | | (Kski, ) (Entered: 08/13/2025) |
| 08/26/2025 | Ï 131 | Consent MOTION for Issuance of Letters Rogatory by Audio Pod IP, LLC. (Attachments: # 1 Proposed Order)(Iyer, Ramachandran) (Entered: 08/26/2025) |
| 08/26/2025 | Ï 132 | Memorandum in Support re 131 Consent MOTION for Issuance of Letters Rogatory filed by Audio Pod IP, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Iyer, Ramachandran) (Entered: 08/26/2025) |
| 09/03/2025 | Ï 133 | ORDER – Because Plaintiff's Motion for Issuance of Letters (ECF No. 131 ) is unopposed, and for otherwise good cause shown, it is hereby GRANTED. The Court has executed the enclosed Letter of Request, attached herein as Exhibit A, and directs the Clerk to (1) affix the Court's Seal upon it and, (2) return it to Plaintiff for transmittal to central authority for the Kingdom of the Netherlands. Signed by District Judge Roderick C. Young on 09/03/2025. Certified copy mailed to Plaintiff's counsel. (Attachments: # 1 Exhibit A) (Kski, ) (Entered: 09/03/2025) |
| 09/05/2025 | Ï 134 | RESPONSE in Opposition re 114 MOTION to Transfer Case *or, In the Alternative, to Stay* filed by Audio Pod IP, LLC. (Attachments: # 1 Affidavit of John McCue, # 2 Affidavit of Kevin Sprenger, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5)(Iyer, Ramachandran) (Entered: 09/05/2025) |
| 09/10/2025 | Ï 135 | NOTICE *of Change of Firm and Address* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. (Poynter, William) (Entered: 09/10/2025) |
| 09/11/2025 | Ï | Notice of Correction re 135 – Filing attorneys have been notified of instructions for updating firm and contact information using PACER. (Kski, ) (Entered: 09/11/2025) |
| 09/11/2025 | Ï 136 | Reply to Motion re 114 MOTION to Transfer Case *or, In the Alternative, to Stay* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Exhibit 36, # 2 Exhibit 37, # 3 Exhibit 38, # 4 Exhibit 39, # 5 Exhibit 40, # 6 Affidavit Inglis Declaration, # 7 Affidavit Choi Declaration)(Poynter, William) (Entered: 09/11/2025) |
| 10/09/2025 | Ï 137 | MOTION to Seal *Exhibits to Plaintiff's Renewed and Supplemental Motion to Compel* by Audio Pod IP, LLC. (Attachments: # 1 Proposed Order)(Iyer, Ramachandran) (Entered: 10/09/2025) |
| 10/09/2025 | Ï 138 | Notice of Filing Sealing Motion LCvR5(C) by Audio Pod IP, LLC re 137 MOTION to Seal *Exhibits to Plaintiff's Renewed and Supplemental Motion to Compel* (Iyer, Ramachandran) (Entered: 10/09/2025) |
| 10/09/2025 | Ï 139 | Sealed Attachment/Exhibit(s) re 137 MOTION to Seal *Exhibits to Plaintiff's Renewed and Supplemental Motion to Compel*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 11, # 10 Exhibit 12)(Iyer, Ramachandran) (Entered: 10/09/2025) |
| 10/09/2025 | Ï 140 | Memorandum in Support re 137 MOTION to Seal *Exhibits to Plaintiff's Renewed and Supplemental Motion to Compel* filed by Audio Pod IP, LLC. (Iyer, Ramachandran) (Entered: 10/09/2025) |
| 10/09/2025 | Ï 141 | MOTION to Compel *(Renewed and Supplemental Motion to Compel)* by Audio Pod IP, LLC. (Attachments: # 1 Proposed Order)(Iyer, Ramachandran) (Entered: 10/09/2025) |
| 10/09/2025 | Ï 142 | Memorandum in Support re 141 MOTION to Compel *(Renewed and Supplemental Motion to Compel)* filed by Audio Pod IP, LLC. (Attachments: # 1 Affidavit of Kevin Sprenger, # 2 Exhibit 9, # 3 Exhibit 10)(Iyer, Ramachandran) (Entered: 10/09/2025) |
| 10/16/2025 | Ï | Minute Entry for proceedings held before Magistrate Judge Mark R. Colombell: Status Conference held on 10/16/2025. (jsau, ) (Entered: 10/16/2025) |

| 10/16/2025 | 143 | ORDER that the Motion (ECF No. 137 ) is GRANTED. The Clerk is DIRECTED to MAINTAIN UNDER SEAL Exhibits 1–8 and 11–12 to Plaintiff Audio Pod IP, LLC's Renewed and Supplemental Motion to Compel, all of which have been filed at ECF No. 139 . Signed by District Judge Roderick C. Young on 10/16/2025. (Kski, ) (Entered: 10/16/2025) |
|---|---|---|
| 10/23/2025 | 144 | Memorandum in Opposition re 141 MOTION to Compel *(Renewed and Supplemental Motion to Compel)* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Poynter, William) (Entered: 10/23/2025) |
| 10/23/2025 | 145 | Declaration re 144 Memorandum in Opposition, *of Jeremy A. Anapol* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 10/23/2025) |
| 10/23/2025 | 146 | MOTION to Seal *Exhibit F to Defendants' Opposition to Plaintiff's Renewed and Supplemental Motion to Compel* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 10/23/2025) |
| 10/23/2025 | 147 | Memorandum in Support re 146 MOTION to Seal *Exhibit F to Defendants' Opposition to Plaintiff's Renewed and Supplemental Motion to Compel* filed by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc.. (Poynter, William) (Entered: 10/23/2025) |
| 10/23/2025 | 148 | Notice of Filing Sealing Motion LCvR5(C) by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. re 146 MOTION to Seal *Exhibit F to Defendants' Opposition to Plaintiff's Renewed and Supplemental Motion to Compel* (Poynter, William) (Entered: 10/23/2025) |
| 10/23/2025 | 149 | Sealed Document re 146 MOTION to Seal *Exhibit F to Defendants' Opposition to Plaintiff's Renewed and Supplemental Motion to Compel*. (Poynter, William) (Entered: 10/23/2025) |
| 10/27/2025 | 157 | Letter received from M.A. Werleman confirming receipt of the Court's letter regarding ECF No. 133 . (Kski, ) (Entered: 10/31/2025) |
| 10/29/2025 | 150 | MOTION to Seal *Exhibit 4 to Plaintiff Audio Pod IP, LLCs Reply in Support of its Renewed and Supplemental Motion to Compel* by Audio Pod IP, LLC. (Attachments: # 1 Proposed Order)(Iyer, Ramachandran) (Entered: 10/29/2025) |
| 10/29/2025 | 151 | Notice of Filing Sealing Motion LCvR5(C) by Audio Pod IP, LLC re 150 MOTION to Seal *Exhibit 4 to Plaintiff Audio Pod IP, LLCs Reply in Support of its Renewed and Supplemental Motion to Compel* (Iyer, Ramachandran) (Entered: 10/29/2025) |
| 10/29/2025 | 152 | Sealed Attachment/Exhibit(s) re 150 MOTION to Seal *Exhibit 4 to Plaintiff Audio Pod IP, LLCs Reply in Support of its Renewed and Supplemental Motion to Compel*. (Attachments: # 1 Exhibit 4)(Iyer, Ramachandran) (Entered: 10/29/2025) |
| 10/29/2025 | 153 | Memorandum in Support re 150 MOTION to Seal *Exhibit 4 to Plaintiff Audio Pod IP, LLCs Reply in Support of its Renewed and Supplemental Motion to Compel* filed by Audio Pod IP, LLC. (Iyer, Ramachandran) (Entered: 10/29/2025) |
| 10/29/2025 | 154 | REPLY to Response to Motion re 141 MOTION to Compel *(Renewed and Supplemental Motion to Compel)* filed by Audio Pod IP, LLC. (Attachments: # 1 Affidavit of Steven Reynolds, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Iyer, Ramachandran) (Entered: 10/29/2025) |
| 10/30/2025 | 155 | ORDER− For good cause shown, Defendants Motion to Seal (ECF No. 146 ) is GRANTED. The Clerk is DIRECTED to MAINTAIN UNDER SEAL Exhibit F to Defendants Opposition to Plaintiffs Renewed and Supplemental Motion to Compel. Signed by District Judge Roderick C. Young on 10/30/2025. (adun, ) (Entered: 10/30/2025) |
| 10/30/2025 | 156 | |

| | | |
|---|---|---|
| | | ORDER– For good cause shown, Plaintiffs Motion to Seal (ECF No. 150 ) is GRANTED. The Clerk is DIRECTED to MAINTAIN UNDER SEAL Exhibit 4 to Plaintiffs Reply in Support of its Renewed and Supplemental Motion to Compel. SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 10/30/2025. (adun, ) (Entered: 10/30/2025) |
| 12/02/2025 | Ï 158 | Motion to appear Pro Hac Vice by Ioanna Sophia Bouris and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC–10619138. by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com LLC, Amazon.Com, Inc., Amazon.Com, Inc.. (Poynter, William) (Entered: 12/02/2025) |
| 12/03/2025 | Ï 159 | ORDER granting 158 Motion for Pro hac vice. Attorney Ioanna Sophia Bouris added for Amazon Web Services Inc.,Ioanna Sophia Bouris for Amazon Web Services Inc.,Ioanna Sophia Bouris for Amazon.Com LLC,Ioanna Sophia Bouris for Amazon.Com LLC,Ioanna Sophia Bouris for Amazon.Com, Inc. Signed by District Judge Roderick C. Young on 12/3/25. (mful, ) (Entered: 12/03/2025) |
| 12/29/2025 | Ï 160 | Letter received from M.A. Werleman. (Attachments: # 1 Order in Case #C/09/692933, # 2 Copy of Order 133 and 160 )(Kski, ) (Entered: 12/29/2025) |
| 03/03/2026 | Ï 161 | NOTICE *of Filing Supplemental Authority* by Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. (Attachments: # 1 Exhibit 1)(Poynter, William) (Entered: 03/03/2026) |
| 03/03/2026 | Ï 162 | NOTICE of Appearance by Alexandra M. Gabriel on behalf of Amazon Web Services Inc., Amazon.Com LLC, Amazon.Com, Inc. (Gabriel, Alexandra) (Entered: 03/03/2026) |
| 03/31/2026 | Ï 163 | ORDER – The Court GRANTS both the Motion to Dismiss (ECF No. 98 ) and the Motion to Transfer (ECF No. 114 ). Plaintiff's claims against Defendant Amazon.com, Inc. are hereby DISMISSED WITHOUT PREJUDICE. It is further ORDERED that, upon issuance of the forthcoming Memorandum Opinion, the Clerk SHALL transfer the remainder of this consolidated action to the United States District Court for the District of New Jersey. The pending Motion to Compel (ECF Nos. 79 , 141 ) is DENIED WITHOUT PREJUDICE; SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 03/31/2026. (Kski, ) (Entered: 03/31/2026) |
| 06/18/2026 | Ï 164 | MEMORANDUM OPINION. Signed by District Judge Roderick C. Young on 06/18/2026. (Kski, ) (Entered: 06/18/2026) |
| 06/18/2026 | Ï | Case transferred to District of New Jersey. Electronic case file transmitted to receiving court. (Kski, ) (Entered: 06/22/2026) |